# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 114 WM 2020
:
Respondent  :
:
:
:
v.  :
:
:
:
RICHARD CARRINGTON WILLIAMS,  :
:
Petitioner  :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2021, the "Request for Permission to Exceed Page & Word Count" is DENIED.  Petitioner has 30 days in which to file a compliant Petition for Allowance of Appeal.